NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ATLANTIS ENTERPRISES, INC.,**
*Plaintiff-Appellee,*

**v.**

**E&B GIFTWARE, LLC,**
*Defendant-Appellant,*

**and**

**DOES 1-10, INCLUSIVE,**
*Defendants.*

---

2010-1213

---

Appeal from the United States District Court for the Central District of California in case no. 07-CV-3062, Chief Judge Audrey B. Collins.

---

**JUDGMENT**

---

HENRY TOVMASSIAN, Law Offices of Henry Tovmassian, of Sherman Oaks, California, argued for plaintiff-appellee.

GERARD F. DUNNE, Law Office of Gerard F. Dunne, PC, of New York, New York, argued for defendant-appellant.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, SCHALL, and BRYSON, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 10, 2010          /s/ Jan Horbaly
        Date                        Jan Horbaly
                                         Clerk